808

General is invited to file a brief as *amicus curiae*. MR. JUSTICE BURTON took no part in the consideration or decision of this question. *Robert G. Day* for appellant. *C. William O'Neill*, Attorney General of Ohio, and *Joseph S. Gill, First Assistant Attorney General, for appellee.*

.)

No. 10. UNITED STATES *v.* OLYMPIC RADIO & TELEVISION, INC. Court of Claims. Certiorari granted. *Solicitor General Sobeloff, Robert L. Stern*, then Acting Solicitor General, and *Oscar H. Davis* for the United States. *Eugene Meacham and Fred R. Tansill for respondent.*

No. 32. CALIFORNIA EX REL. BROWN, ATTORNEY GENERAL, ET AL. *v.* ST. LOUIS UNION TRUST Co. St. Louis Court of Appeals of Missouri. Certiorari granted. *Edmund G. Brown*, Attorney General of California, and *Elizabeth Miller*, Deputy Attorney General, for petitioners. *Chas. D. Long and Milton Yawitz for respondent.*

No. 55. INDIANA DEPARTMENT OF STATE REVENUE, GROSS INCOME TAX DIVISION, *v.* NEBEKER. Supreme Court of Indiana. Certiorari granted. *Edwin K. Steers*, Attorney General, and *Carl M. Franceschini, Cornelius G. Jamison* and *Lloyd C. Hutchinson*, Deputy Attorneys General, for petitioner. Respondent *pro se.*

No. 97. WEBER ET AL. *v.* ANHEUSER-BUSCH, INC. Supreme Court of Missouri. Certiorari granted. *Plato E. Papps* and *Robert A. Roessel* for petitioners. *Mark*

D. Eagleton for respondent.

No. 125. HARSH v. ILLINOIS TERMINAL RAILROAD Co. Supreme Court of Illinois. Certiorari granted. *Morris B. Chapman* for petitioner. *George D. Burroughs* for respondent.

No. 131. WHITEHOUSE ET AL. v. ILLINOIS CENTRAL RAILROAD Co. ET AL. C. A. 7th Cir. Certiorari granted. *Milton Kramer, Lester P. Schoene* and *Mozart G. Ratner* for petitioners. *John W. Foster, Herbert J. Deany* and *Joseph H. Wright* for the Illinois Central Railroad Co.; and *Kenneth F. Burgess* and *Walter J. Cummings, Jr.* for Carrier Members, National Railroad Adjustment Board, Third Division, respondents.

No. 150. UNITED STATES EX REL. TOTH v. TALBOTT, SECRETARY OF THE AIR FORCE. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Al. Philip Kane, Charles V. Koons* and *William A. Kehoe, Jr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Chester W. Wilson* for respondent. *Ralph B. Gregg* filed a brief for the American Legion, as *amicus curiae,* supporting petitioner.

No. 153. SECURITIES AND EXCHANGE COMMISSION v. DREXEL & Co. C. A. 2d Cir. Certiorari granted. *Solicitor General Sobeloff* and *William H. Timbers* for the Securities and Exchange Commission. *Henry S. Drinker, Thomas Reath* and *John Mulford* for respondent.